UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Dora (Nagel) Wong<br><br>　　Plaintiff(s),<br><br>　　vs.<br><br>Golden State Auction Gallery, Inc. and<br>Calvin P. Wong<br>　　Defendant(s). | Case Number: 3:14-cv-00999-EMC |

# ORDER GRANTING MOTION TO APPEAR TELEPHONICALLY FOR CASE MANAGEMENT CONFERENCE

_____

**This Matter** having come before the Court on Plaintiff's counsel, Norman A. Abood, to Appear Telephonically for Case Management Conference scheduled for August 28, 2014 at 9:30 a.m., and the Court being duly advised of the premises for said motion, finds the same well taken. It is therefore,

**ORDERED,** that counsel, Norman A. Abood is granted leave to appear telephonically for the Case Management Conference scheduled for August 28, 2014 at 9:30 a.m.

Dated: August 15, 2014                                          _____

　　　　　　　　　　　　　　　　　　　　　　　　United States District Court Judge