UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| DORA (NAGEL) WONG,<br><br>    Plaintiffs,<br><br>    v.<br><br>GOLDEN STATE AUCTION GALLERY, INC., et al.,<br><br>    Defendants. | Case No.  14-cv-00999-EMC   (NJV)<br><br>**ORDER RESETTING SCHEDULING CONFERENCE** |

The scheduling conference set for February 13, 2015, is HEREBY RESET for March 3, 2015, at 1:00 p.m., at the Federal Courthouse at 3140 Boeing Avenue in McKinleyville, California.  The parties may appear by phone by dialing 888-684-8852 and entering access code 1868782.

**IT IS SO ORDERED**.

Dated:  January 26, 2015

_____
NANDOR J. VADAS
United States Magistrate Judge