1
2
3
4                              UNITED STATES DISTRICT COURT
5                              NORTHERN DISTRICT OF CALIFORNIA
6                                                      )
7   Dora (Nagel) Wong                                  )  Case Number: 3:14-cv-00999-EMC
                                                       )
8                                                      )
            Plaintiff(s),                              )  STIPULATION OF DISMISSAL AND
9                                                      )  [PR~~OPOSED]~~ ORDER
                                                       )
10       vs.                                           )
                                                       )
11                                                     )
    Golden State Auction Gallery, Inc. and Calvin      )
12  P. Wong                                            )
            Defendant(s).                              )
13                                                     )
14  _____              )
15
16       WHEREAS, Plaintiff Dora (Nagel) Wong filed her Complaint for Violation of California
17  Right of Publicity Statue, California Civil Code §3344 and violation of California Business and
18  Professions Code §17200 on March 4, 2014.
19
         WHEREAS, Plaintiff and Defendants Golden State Auction Gallery, Inc. and Calvin P.
20
    Wong settled this matter on or about July 21, 2016.
21
22       THEREFORE, IT IS HEREBY STIPULATED by and between Plaintiff and Defendants,
23  through their designated counsel that the above captioned action should be dismissed with
24  prejudice as to Golden State Auction Gallery, Inc. and Calvin P. Wong pursuant to FRCP
25
    41(a)1(A). The parties further stipulate that, as set forth in the July 21, 2016 Settlement
26
    Agreement between them, the parties shall bear their own attorney's fees, expenses and costs.
27
28

|   |   |   |
|---|---|---|
| 1 | IT IS SO STIPULATED | |
| 2 | Dated: July 29, 2016. | /s/ Norman A. Abood |
| 3 | | Norman A. Abood |
| | | Ohio Bar No. 0029004 |
| 4 | | norman@nabood.com |
| 5 | | *Pro Hac Vice* |
| | | **THE LAW OFFICE OF NORMAN A. ABOOD** |
| 6 | | 203 Fort Industry Square |
| | | 151 North Summit St. |
| 7 | | Toledo, OH 43604 |
| | | Telephone: (419) 724-3700 |
| 8 | | Fax:           (419) 724-3701 |

/s/ William E. Manning
William E. Manning
Bar No. 120856
wmanning@vanlevylaw.com
**VAN DE POEL, LEVY & ALLEN, LLP**
1600 S. Main Plaza, Suite 325
Walnut Creek, CA 94596
Telephone: (925) 934-6102
Fax:           (925) 934-6060

Counsel for Plaintiff Dora (Nagel) Wong

Dated: July 29, 2016                                 /s/ Vance Chang

Counsel for Defendants Golden State Auction Gallery, Inc. and Calvin P. Wong

1
2
3       The court having considered the stipulation of the parties, and good cause appearing
therefor, order as follows:
4
   1. The action is dismissed with prejudice as against Defendants Golden State Auction
5
      Gallery, Inc. and Calvin P. Wong pursuant to FRCP 41(a)(1)(A).
6
   2. Each party shall bear their own costs and attorneys' fees.
7
   3. The Court shall retain jurisdiction over this matter to enforce the terms of the July 21,
8
      2016, Settlement Agreement.
9
10    IT IS SO ORDERED
11
   Dated:_____8/8/16_____
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

(Stamp: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Edward M. Chen)

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**CERTIFICATE OF SERVICE**

I,           hereby certify that a true and exact copy of the foregoing was served on the           , through Notice of Electronic filing.

/s/